# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

| | |
|---|---|
| GARY E. WOLFE, Individually and on behalf of all others similarly situated, ) ) ) ) Plaintiff, ) ) vs. ) ) HAMBLEN COUNTY BOARD OF ) EDUCTION, ) ) Defendant. ) | No.: 2:18-cv-00013 |

**JOINT MOTION FOR 29 U.S.C. § 216(b) SETTLEMENT APPROVAL**

The parties hereby submit the attached Settlement Agreement for the Court's review and approval pursuant to § 216(b), attached hereto *under seal* as **Exhibit 1**. This Confidential Agreement and General Release ("Agreement") is for Plaintiff Gary Wolfe only, and does not foreclose any action by another other potential plaintiff. A collective class certification was not yet requested or moved for in this matter.

The parties submit that the attached Agreement is fair, reasonable and adequate. *UAW v. Gen. Motors Corp.,* 497 F.3d 615, 631 (6th Cir. 2007). The Plaintiff has conducted discovery through the use of disclosures, interrogatories and document requests. No depositions have been held in this matter. The Plaintiff has determined that settlement is desired due to his personal circumstances.

RESPECTFULLY SUBMITTED this 18th day of July 2018.

/s/ Chris W. McCarty
Chris W. McCarty, Esq. (BPR #025551)
CMcCarty@lewisthomason.com

LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.
One Centre Square, Fifth Floor
620 Market Street
P.O. Box 2425
Knoxville, TN  37901
(865) 546-4646
*Attorneys for Defendant*


/s/ Link A. Gibbons
Link A. Gibbons, Esq. (BPR #022799)
link@linkgibbonslaw.com

Law Office of Link A. Gibbons
Post Office Box 2428
Morristown, TN  37816
(423) 839-0990
*Attorney for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on this the 18th day of July, 2018, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

/s/ Chris W. McCarty
Chris W. McCarty, Esq. (BPR #025551)