# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| Gary E. Wolfe <br> *Plaintiff* <br> v. <br> Hamblen County Board of Education <br> *Defendant* | ) ) ) ) ) Civil Action No. 2:18-cv-13 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Fed.R.Civ.P. 68, Plaintiff shall take judgment against the defendant in the amount of twenty-seven thousand six hundred twenty-five dollars ($27,625.00), which is subject to all applicable deductions and withholdings and is inclusive of all alleged back wages, liquidated damages, front pay, attorney's fees and litigation costs related to Plaintiff's claims asserted in his Complaint under the Fair Labor Standards Act (FLSA) .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 09/11/2018

*CLERK OF COURT*

by: s/ C. Aiken, Deputy Clerk
*Signature of Clerk or Deputy Clerk*